| | |
|---|---|
| 1 | Shaun Setareh (SBN 204514) |
| 2 | shaun@setarehlaw.com |
|   | Jose Maria D. Patino, Jr. (SBN 270194) |
| 3 | jose@setarehlaw.com |
|   | Tyson Gibb (SBN 339154) |
| 4 | tyson@setarehlaw.com |
|   | SETAREH LAW GROUP |
| 5 | 420 N. Camden Drive |
|   | Beverly Hills, CA 90210 |
| 6 | Tel: (310) 888-7771 |
|   | Fax: (310) 888-0109 |

Attorneys for Plaintiffs IVAN ALVARADO and GLADYS E. BOCCONGELLA

*[Additional counsel listed on following page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIKISHIA BURRUS and IVAN ALVARADO, on behalf of themselves and all others similarly situated, | Case No. 2:22-cv-09433-JLS (MARx) |
| Alvarado, | **NOTICE OF SETTLEMENT** |
| vs. | |
| THE ELEVANCE HEALTH COMPANIES, INC., an Indiana corporation; ELEVANCE HEALTH, INC., an Indiana corporation, | |
| Defendants. | |
| GLADYS E. BOCCONGELLA, on behalf of herself and others similarly situated, | Case No. 2:23-cv-05945-JLS (MARx) |
| Plaintiff, | |
| vs. | |
| THE ANTHEM COMPANIES, INC., an Indiana corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | Joseph Lavi, Esq. (State Bar No. 209776) |
| | jlavi@lelawfirm.com |
| 2 | Jordan D. Bello, Esq. (State Bar No. 243190) |
| | jbello@lelawfirm.com |
| 3 | Vincent Granberry, Esq. (State Bar No. 276483) |
| | vgranberry@lelawfirm.com |
| 4 | Lavi & Ebrahimian, LLP |
| | 8889 W. Olympic Blvd., Suite 200 |
| 5 | Beverly Hills, California 90211 |
| | Telephone: (310) 432-0000 |
| 6 | Facsimile: (310) 432-0001 |
| 7 | David Lavi, Esq. (State Bar No. 277604) |
| | dlavi@ebralavi.com |
| 8 | Arie Ebrahimian, Esq. (State Bar No. 274961) |
| | arie@ebralavi.com |
| 9 | E&L, LLP |
| | 8889 W. Olympic Blvd., 2nd Floor |
| 10 | Beverly Hills, California 90211 |
| | Telephone: (213) 213-0000 |
| 11 | Facsimile: (213) 213-0025 |
| 12 | Attorneys for Plaintiffs |
| | IVAN ALVARADO and GLADYS E. BOCCONGELLA, |
| | on behalf of themselves and others similarly situated |

1          NOTICE OF SETTLEMENT

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Ivan Alvarado hereby submits notice that Plaintiffs Ivan Alvarado and Gladys E. Boccongella (collectively "Plaintiffs") and Defendant ELEVANCE HEALTH, INC. (collectively the "Parties") reached a settlement in principle on a class-wide basis, subject to Court approval. The settlement is intended to globally resolve the consolidated actions. The Parties are in the process of drafting the long form settlement agreement and anticipate needing time to finalize the settlement terms and execute the agreement. Once the settlement is finalized, Plaintiffs will move this Court for an Order Preliminarily Approving the Parties' settlement.

DATED: October 17, 2024        SETAREH LAW GROUP

By: */s/Jose Maria D. Patino, Jr.*
Shaun Setareh
Jose Maria D. Patino, Jr.
Tyson Gibb

Attorneys for Plaintiff
IVAN ALVARADO