UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-09433-JLS-MAR                                      Date:  September 15, 2025
Title:  Kikishia Burrus v. Elevance Health, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO SEEK PRELIMINARY APPROVAL OF SETTLEMENT**

      On December 21, 2023, the Court consolidated this action with *Gladys E. Boccongella v. Elevance Health Companies, Inc.*, 2:23-cv-05945-JLS-MAR.  (Doc. 72.)  The consolidated cases proceeded under this action.  On October 17, 2024, the parties filed a Notice of Settlement, which provided that the parties were "in the process of drafting the long form settlement agreement and anticipate[d] needing time to finalize the settlement terms and execute the agreement."  (Doc. 82.)  The parties stated that, upon finalizing the agreement, "Plaintiffs w[ould] move … for an Order Preliminary Approving the Parties' settlement."  (*Id.*)  To date, i.e., eleven months later, the Court has not received a motion for preliminary approval of settlement.

      Plaintiffs are therefore ORDERED to show cause, no later than **Friday, September 26, 2025, at 5:00 p.m**, as to the status of the parties' settlement agreement.  Failure to timely respond may result in the imposition of sanctions, including dismissal.  The Court will consider the timely filing of a motion for preliminary approval of settlement an appropriate response.

      Initials of Preparer:  kd