UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:22-cv-09433-JLS-MAR                          Date: May 22, 2026
Title:  Kikishia Burrus v. Elevance Health, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Kelly Davis   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

The Court has reviewed the status report filed by the parties.  (Doc. 89.)  While the Court initially permitted the parties to keep this case pending in federal court while pursuing resolution in state court — the very court from which Defendant removed this action — the Court has come to the conclusion that there is no good cause to keep this matter pending indefinitely in this court while the parties seek approval of their settlement from the state court.  The parties are ORDERED TO SHOW CAUSE in writing within **ten (10) days** as to why this Court should not dismiss this action.  Any response, other than a stipulation for dismissal, should also append the settlement agreement that is now before the state court.

Initials of Deputy Clerk: kd