JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIKISHIA BURRUS AND IVAN ALVARADO on behalf of themselves and all others similarly situated,

PLAINTIFFS,

v.

THE ELEVANCE HEALTH COMPANIES, INC., an Indiana corporation; ELEVANCE HEALTH, INC., an Indiana Corporation.

DEFENDANTS.

Case No.: 2:22-cv-09433-JLS-MAR

**ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 104)**

The Court, having reviewed and considered the Parties' Joint Stipulation to Dismiss Entire Action (Doc. 104), and all documents on file in this matter, and with good cause finding, GRANTS the Stipulation and DISMISSES the case entitled *Kikishia Burrus and Ivan Alvarado, on behalf of themselves and all others similarly situated, v. The Elevance Health Companies, Inc., et al.*, Case No.: 2:22-cv-09433-JLS-MAR.

DATED: October 5, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE